JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

BRINT EARL CLARK,

               Plaintiff,

     v.

LT. M. MARTINEZ, et al.,

               Defendants.

Case No. 5:21-cv-00340-MCS-PD

**JUDGMENT**

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: August 23, 2023.

_Mark C. Scarsi_
_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE